Nos. 514 and 515. UNITED STATES v. MITCHELL. January 17, 1944. Petition for writs of certiorari to the

United States Court of Appeals for the District of Columbia granted. *Solicitor General Fahy* for the United States. *Mr. James J. Laughlin* for respondent.